Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Tel. (907) 278-2000
teresa@bvt-law.com
peter@bvt-law.com
karen@bvt-law.com

*Counsel for Plaintiffs Native Village of Venetie*
*Tribal Government, Arctic Village Council, and*
*Venetie Village Council*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. BERNHARDT *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00223-JMK |

## NOTICE OF RELATED CASES

1

Pursuant to Local Civil Rules 3.1 and 16.1(e), Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council hereby provide notice to the court that the above-captioned case is related to two cases in the United States District Court of the District of Alaska: *Gwich'in Steering Committee v. Bernhardt*, No. 3:20-cv-00204-SLG (D. Alaska filed Aug. 24, 2020); and *National Audubon Society v. Bernhardt*, No. 3:20-cv-00205-SLG (D. Alaska filed Aug. 24, 2020).

The above-captioned case, *Gwich'in Steering Committee*, and *National Audubon Society* arise out of Defendants' adoption of an oil and gas leasing program for the Coastal Plain of the Arctic National Wildlife Refuge. While these three cases arise out of the same circumstances and raise some similar claims, the above-captioned case involves unique claims and plaintiffs unrelated to two related case.

DATED this 9th day of September, 2020.

/s/ Matthew N. Newman
/s/ Wesley James Furlong
/s/ Megan R. Condon
Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

/s/ Teresa B. Clemmer
Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2020, I filed the above **NOTICE OF RELATED CASES** with the Clerk of the United State District Court for the District of Alaska using the CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ Matthew N. Newman
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND