Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Phone: 907-278-2000
teresa@bvt-law.com
peter@bvt-law.com
karen@bvt-law.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. BERNHARDT, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00223-SLG |

**PLAINTIFFS' NOTICE OF RELATED CASE**

Pursuant to Local Civil Rule 16.1(e), Plaintiffs Native Village of Venetie Tribal

Government, Arctic Village Council, and Venetie Village Council hereby provide notice to the court that the above-captioned case is related to *State of Washington, et al. v. Bernhardt*, No. 3:20-cv-00224-SLG (D. Alaska, filed Sept. 9, 2020).

The above-captioned case and *State of Washington* both arise out of Defendants' adoption of an oil and gas leasing program for the Coastal Plain of the Arctic National Wildlife Refuge. While these cases arise out of the same factual circumstances and include some similar claims, the cases also involve separate and distinct claims. The identity and interests of the plaintiffs in the two matters are also quite different. The cases have already been assigned to the same judge, and Plaintiffs are not seeking consolidation.

DATED: November 19, 2020.

Respectfully submitted,

By: *s/ Matthew N. Newman*
  *s/ Wesley James Furlong*
  *s/ Megan R. Condon*
  Matthew N. Newman (AK Bar No. 1305023)
  Wesley James Furlong (AK Bar No. 1611108)
  Megan R. Condon (AK Bar No. 1810096)
  NATIVE AMERICAN RIGHTS FUND

By: *s/ Teresa B. Clemmer*
  Teresa B. Clemmer (AK Bar No. 0111059)
  Peter H. Van Tuyn (AK Bar No. 8911086)
  Karen E. Schmidt (AK Bar No. 1211113)
  BESSENYEY & VAN TUYN, LLC

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing PLAINTIFFS' NOTICE OF RELATED CASE with the Clerk of the United State District Court for the District of Alaska using the CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

Dated: November 19, 2020

*/s/ Teresa B. Clemmer*
Teresa B. Clemmer