# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID L. BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

## ORDER RE MOTIONS TO INTERVENE

Before the Court at Docket 10 is Alaska Oil & Gas Association and American Petroleum Institute's motion to intervene in this action pursuant to Federal Rules of Civil Procedure 24(a) and 24(b). At Docket 17, Plaintiffs and Movants filed a *Joint Stipulation as to Motion to Intervene by Alaska Oil & Gas Association and American Petroleum Institute*.

Good cause being shown, IT IS ORDERED that the Joint Stipulation is GRANTED. The case caption is amended as set forth above. Defendant-

Intervenors shall file a clean, previously undocketed copy of their Answer within 7 days of the date of this order.

DATED this 24th day of November, 2020 at Anchorage, Alaska.

<pre>
                                    /s/ Sharon L. Gleason
                                    UNITED STATES DISTRICT JUDGE
</pre>

Case No. 3:20-cv-00223-SLG, *Native Village of Venetie Tribal Government, et al. v. Bernhardt, et al.*
Order re Motion to Intervene
Page 2 of 2

Case 3:20-cv-00223-SLG   Document 20   Filed 11/24/20   Page 2 of 2