# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID L. BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

**ORDER RE JOINT MOTION ADDRESSING THE ADMINISTRATIVE RECORD**

Upon consideration of the parties' *Joint Motion Addressing the Administrative Record* at Docket [25], IT IS ORDERED that the motion is hereby GRANTED.

The schedule as previously established by Docket 9 and Local Civil Rule 16.3 for proceedings in this matter shall be modified as follows:

1. Any party contesting the sufficiency of the administrative record will identify their concerns and confer with counsel for Defendants on or before **January 19, 2021**.

2. The deadline for filing any motion to supplement the administrative record shall be **February 19, 2021**.

3. If a motion is filed in accordance with paragraph 2 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

4. Any party may seek a further extension of time, and the parties will attempt to resolve any issues without contested motions.

5. If no motion is filed in accordance with paragraph 2 above, Counsel will submit a joint motion or status report on or before **February 26, 2021** proposing a briefing schedule.

DATED this 2nd day of December, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00223-SLG, *Native Village of Venetie Tribal Gov't., et al. v. Bernhardt, et al.*
Order re Joint Motion Addressing the Administrative Record
Page 2 of 2
Case 3:20-cv-00223-SLG   Document 28   Filed 12/02/20   Page 2 of 2