Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Phone: 907-278-2000
teresa@bvt-law.com
peter@bvt-law.com
karen@bvt-law.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*, <br>           Plaintiffs, <br>   v. <br><br>DAVID L. BERNHARDT, *et al.*, <br>           Defendants, <br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*, <br>           Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

CONDITIONAL NON-OPPOSITION AS TO MOTION TO INTERVENE
*Native Village of Venetie Tribal Govt. v. Bernhardt,* 3:20-cv-00223-SLG     1

NORTH SLOPE BOROUGH, *et al.*,
Intervenor-Defendants.

**CONDITIONAL NON-OPPOSITION AS TO MOTION TO INTERVENE BY THE STATE OF ALASKA**

On December 14, 2020, the State of Alaska ("Movant") filed a motion to intervene in the above-captioned litigation. ECF 34. In response, Counsel for Plaintiffs contacted counsel for the State to inquire its interests in entering into a joint stipulation on intervention, as was done with other intervenors in this matter. *See* ECF 17, 30. Having not received a final response from the State on the draft stipulation, the Plaintiffs represent that they do not oppose the State's intervention so long as the State adheres to the reasonable terms agreed to previously by the Intervenor-Defendants.

DATED: December 28th, 2020.

Respectfully submitted,

By: *s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

*s/ Teresa B. Clemmer*
Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC

CONDITIONAL NON-OPPOSITION AS TO MOTION TO INTERVENE
*Native Village of Venetie Tribal Govt. v. Bernhardt,* 3:20-cv-00223-SLG     2

Case 3:20-cv-00223-SLG   Document 54   Filed 12/28/20   Page 2 of 4

*Counsel for Plaintiffs Native Village of Venetie
Tribal Government, Arctic Village Council, and
Venetie Village Council*

CONDITIONAL NON-OPPOSITION AS TO MOTION TO INTERVENE
*Native Village of Venetie Tribal Govt. v. Bernhardt,* 3:20-cv-00223-SLG   3

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing CONDITIONAL NON-OPPOSITION AS TO MOTION TO INTERVENE with the Clerk of the United State District Court for the District of Alaska using the CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

Dated: December 28th , 2020

*s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)