JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al*.,<br><br>Defendants,<br>and<br><br>NORTH SLOPE BOROUGH, *et al*.,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

## JOINT STATUS REPORT

In accordance with the Court's text order (ECF 65) dated February 12, 2021,

the undersigned parties submit this status report and request that the Court extend the stay for an additional 60 days. In support of the request to extend the stay, the undersigned parties provide the following information:

On March 16, 2021, Debra Haaland took the oath of office to become the 54th Secretary of the United States Department of the Interior. During her confirmation hearings, and upon taking office, Secretary Haaland expressed a commitment to review numerous administrative and natural resource matters, including those involving the Coastal Plain Oil and Gas Leasing Program (the Program) at issue in this litigation. Executive Order 13990 provides that the Secretary "shall review the program and, as appropriate and consistent with applicable law, conduct a new, comprehensive analysis of the potential environmental impacts of the oil and gas program." *See* ECF 61-1 at 4. The order also directs that the Secretary "shall, as appropriate and consistent with applicable law, place a temporary moratorium on all activities of the Federal Government relating to the implementation of the Coastal Plain Oil and Gas Leasing Program, as established by the Record of Decision signed August 17, 2020, in the Arctic National Wildlife Refuge." *Id.* The order further provides that agency heads "shall, as appropriate and consistent with applicable law, consider suspending, revising, or rescinding . . . agency actions" taken over the previous four years that are or may be inconsistent with policies the order articulates, including "to reduce greenhouse gas

emissions; to bolster resilience to the impacts of climate change; [and] to restore and expand our national treasures and monuments." *Id.* at 2.

Given that the Secretary of the Interior was only recently confirmed, the undersigned parties request to continue the stay of all proceedings in this action for a period of 60 days, up to and including June 11, 2021, to allow Defendants time to review the Program. Defendants intend within that time period to determine their next steps with regard to the Program and to identify those steps for the parties. This additional stay may, therefore, avoid unnecessary litigation and conserve the time and resources of the parties and the Court.

Defendants will identify the next steps with regard to the Program for the parties not less than ten days prior to the end of the 60-day period and in advance of informing the Court. Not later than the end of the 60-day period, the undersigned parties will file a joint status report advising the Court what further proceedings may be necessary, or will file separate reports setting out their proposals, if necessary.

Undersigned counsel have conferred with Intervenor-Defendants' counsel, who have each indicated that Intervenor-Defendants take no position on the request to extend the stay.

DATED: April 12, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

*/s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

*/s/ Teresa B. Clemmer*
Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke
