Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Tel. (907) 278-2000
peter@bvt-law.com
karen@bvt-law.com

*Counsel for Plaintiffs Native Village of Venetie Tribal Government,
Arctic Village Council, and Venetie Village Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00223-SLG |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 11.1(c), Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council respectively move this Court for leave for Wesley James Furlong to withdraw as counsel of record for Plaintiffs

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
*Native Vill. of Venetie Tribal Gov't v. Haaland*, No. 3:20-cv-00223-SLG           1
Case 3:20-cv-00223-SLG   Document 80   Filed 04/22/22   Page 1 of 3

in the above-captioned case. Good cause exists for Mr. Furlong's withdrawal. Since this case has been stayed, Mr. Furlong has taken on new matters that require his withdrawal from this case. Plaintiffs will not be prejudiced by this withdrawal, as the case is currently stayed and because they will continue to be representing by Matthew N. Newman and Megan R. Condon at the Native American Rights Fund, and Peter H. Van Tuyn and Karen E. Schmidt at Bessenyey & Van Tuyn, LLC.

RESPECTFULLY SUBMITTED this 22nd day of April, 2022.

<u>/s/ Wesley James Furlong</u>
Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC

*Counsel for Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
*Native Vill. of Venetie Tribal Gov't v. Haaland*, No. 3:20-cv-00223-SLG  2
Case 3:20-cv-00223-SLG   Document 80   Filed 04/22/22   Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of April, 2022, I electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Wesley James Furlong*
Wesley James Furlong (AK Bar No. 1611108)
NATIVE AMERICAN RIGHTS FUND

*Counsel for Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
*Native Vill. of Venetie Tribal Gov't v. Haaland*, No. 3:20-cv-00223-SLG     3
Case 3:20-cv-00223-SLG    Document 80    Filed 04/22/22    Page 3 of 3