TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>    Defendants,<br> and<br>NORTH SLOPE BOROUGH, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

### DEFENDANTS' STATUS REPORT ON ISSUANCE
### OF DRAFT SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

   This case is stayed, and in accordance with the Court's order providing that further status reports shall reflect "timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide

*Native Village of Venetie v. Haaland*                  Case No. 3:20-cv-00223-SLG
DEFS.' STATUS REPORT                                   1

this update on the status of the Draft Supplemental Environmental Impact Statement. Order dated Sept. 13, 2021, at 1, ECF No. 77; *see also* Text Order, ECF No. 88.

Defendants advise that the Draft Supplemental Environmental Impact Statement for the Program was issued on September 6, 2023, when it was posted to the Bureau of Land Management's National NEPA Register. *See* https://eplanning.blm.gov/eplanning-ui/project/2015144/510. While not an identified milestone in the aforementioned review of the Program, Defendants further advise that the remaining oil and gas leases issued in January 2021 under the Program were cancelled in a decision dated September 6, 2023. Defendants anticipate at this time that a Final Supplemental Environmental Impact Statement will be issued in the first quarter of 2024, and a Record of Decision will be issued in the second quarter of 2024. Defendants will file an additional status report upon the issuance of the Final Supplemental Environmental Impact Statement, and will otherwise provide notice to counsel as indicated by the parties' prior status reports. Respectfully submitted,

DATED: September 6, 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>  /s/ Paul A. Turcke
>  Paul A. Turcke