TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>　　　　　Defendants,<br>　and<br>NORTH SLOPE BOROUGH, *et al.*,<br><br>　　　　　Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

**DEFENDANTS' STATUS REPORT ON ISSUANCE**
**OF FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT**

This case is stayed, and in accordance with the Court's order providing that further status reports shall reflect "timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide

| | |
|---|---|
| *Native Village of Venetie v. Haaland* | Case No. 3:20-cv-00223-SLG |
| DEFS.' STATUS REPORT | 1 |

this update on the status of the Final Supplemental Environmental Impact Statement ("Final SEIS"). Order dated Sept. 13, 2021, at 1, ECF No. 77; *see also* Text Order, ECF No. 93.

Defendants previously advised that the Final SEIS was anticipated to issue in the second quarter of 2024. Defendants now anticipate publication of the Final SEIS in the third quarter of 2024. A Record of Decision will issue afterwards, consistent with the timelines provided in the National Environmental Policy Act implementing regulations.

Defendants will file an additional status report upon the issuance of the Final SEIS, and will otherwise provide notice to counsel as indicated by the parties' prior status reports.

Respectfully submitted,

DATED: June 28, 2024.
        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE
        Trial Attorney
        Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        202-532-5994 || 202-305-0275 (fax)
        paul.turcke@usdoj.gov

        *Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508

907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke