IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, *et al.*,<br><br>Defendants<br><br>and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

**[PROPOSED] ORDER RE JOINT STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE STAY**

Upon consideration of the parties' Joint Status Report and Unopposed Motion to Continue Stay, ECF No. 105, IT IS ORDERED that the joint status report is ACCEPTED and the motion to continue the stay is GRANTED.

A joint status report indicating what further proceedings may be necessary to resume or resolve this litigation shall be filed no later than February 28, 2025.

Dated this _____ day of January, 2025.

_____
HON. SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE