LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,[1]<br><br>        Defendants,<br>  and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

## JOINT STATUS REPORT

This case involves a challenge to the August 2020 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2020 ROD"), which was superseded by the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Doug Burgum, in his official capacity as Secretary of the Interior, is automatically substituted for Debra Haaland.

| *Native Village of Venetie v. Burgum* | Case No. 3:20-cv-00223-SLG |
|---|---|
| JOINT STATUS REPORT | 1 |

December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement. The case has been stayed, and the parties previously reported on various events that could affect "whether and how to proceed with this litigation." Joint Status Report and Unopposed Mot. to Continue Stay at 5, ECF No. 105; *see also* Text Order, ECF No. 106. Plaintiffs and Defendants now provide an additional update, and jointly request to continue the stay for an additional 60 days, to April 29, 2025.

Following a change in administration, on January 20, 2025, President Trump issued Executive Order 14153 titled *Unleashing Alaska's Extraordinary Resource Potential*, 90 Fed. Reg. 8,347 (January 29, 2025), Section 3 of which directs heads of agencies to "exercise all lawful authority and discretion available to them" to take certain steps, including placing a "temporary moratorium" on, and conducting "review" of, the challenged 2024 ROD, and ultimately replacing the 2024 ROD. On February 3, 2025, Secretary Burgum issued Secretary's Order 3422, also titled *Unleashing Alaska's Extraordinary Resource Potential*, a copy of which is attached hereto as Exhibit 1. Section 6(a) of that Order directs agency officials to prepare, within 15 days of the issuance of the Order, an "action plan" that will describe "necessary and appropriate steps to execute" the above-described direction regarding the 2024 ROD. Defendants will provide, as appropriate, a further timely update to the parties regarding the steps taken under any action plan to implement the above-described direction. An extension of the current stay will conserve judicial resources and promote the efficient and orderly

disposition of the case(s), including by ensuring that any litigation continuing before this Court will reflect the views of current agency leadership and will account for any actions taken to implement the Executive Order and Secretary's Order.

Plaintiffs and Defendants therefore jointly request that this Court continue the stay of proceedings in this case until April 29, 2025, while noting that the parties intend to report prior to that date if Defendants take action on the 2024 ROD. No party objects to this request. The parties will submit a joint status report on or before April 29, 2025, to advise the Court of their position(s) regarding whether and how to proceed with this litigation.

Respectfully submitted this 28th of February 2025.

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

# CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                      */s/ Paul A. Turcke*
                                       Paul A. Turcke