ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>        Defendants,<br>  and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

## JOINT STATUS REPORT

This case involves a challenge to the August 2020 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2020 ROD"), which was superseded by the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and

*Native Village of Venetie v. Burgum*    Case No. 3:20-cv-00223-SLG
JOINT STATUS REPORT    1

Case 3:20-cv-00223-SLG   Document 118   Filed 09/30/25   Page 1 of 3

Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). The case has been stayed (along with three others challenging the 2020 ROD), with the Court most recently directing that the parties "file a joint status report on or before September 30, 2025, that addresses the issuance of a new Record of Decision, all relevant decision(s) made on the challenged leases, and proposed next steps in this case." Order 12, Dkt. 117. Defendants now provide an additional update and request to continue the stay until October 31, 2025.

The Department of the Interior previously reported its intent, in response to Executive and Secretarial direction issued in 2025, to issue a new Record of Decision ("2025 ROD") for the Coastal Plain Oil and Gas Leasing Program. *See id*. at 8. The 2025 ROD is under review within the Department, and the Department anticipates completing its review and publishing it to the Bureau of Land Management Eplanning website in the coming weeks.

Defendants therefore request that the Court maintain the current stay of proceedings pending a further joint status report to be filed not later than October 31, 2025, to identify proposed next steps for this case. Counsel have conferred, and no party objects to this request.

Respectfully submitted this 30th of September 2025.

>ADAM R.F. GUSTAFSON
>Acting Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division

                                */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                */s/ Paul A. Turcke*
                                Paul A. Turcke