IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

**[PROPOSED] ORDER**

Before the Court at Docket 121 is Plaintiffs' Response to Federal Defendants' Status Report. Upon consideration of Plaintiffs' Response, and Federal Defendants' Status Report at Docket 120 IT IS ORDERED that:

The stay in this case will continue until November 14, 2025.

The parties will submit a proposed case schedule by December 5, 2025.

Dated this _____ day of November, 2025, at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge