**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |
| NATURAL RESOURCE DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

**ORDER ON NRDC PLAINTIFFS' REQUEST FOR CLARIFICATION**

Before the Court at Docket 198 in Case No. 3:20-cv-205-SLG is Plaintiffs Natural Resource Defense Council, *et al*.'s Request for Clarification.

Oral argument is currently scheduled for October 29, 2026, at 1:00 p.m. In their request, NRDC Plaintiffs seek clarification on whether they are being accorded 20 minutes for the oral argument in their case, or if the Court intended a total of 20 minutes be accorded to Plaintiffs in all three cases.

Good cause being shown, the oral argument will proceed with the following time allocations:

- Up to 60 minutes total allotted to all parties aligned as Plaintiffs, to be divided among all Plaintiffs by agreement among them, and with Plaintiffs reserving from the 60 minutes such time for rebuttal as they choose;
- 15 minute recess;
- Up to 60 minutes total allotted to Defendants and Intervenor-Defendants, to be divided by agreement among Defendants and Intervenor-Defendants.
- The aligned parties are directed to meet and confer prior to the oral argument so as to minimize the duplication of any arguments among them.

IT IS SO ORDERED this 30th day of September 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE