Adam W. Cook, ABA #0611071
Michelle S. Nesbett, ABA #0705028
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
acook@bhb.com | mnesbett@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
Birch Horton Bittner & Cherot
1150 Connecticut Avenue NW, Suite 350
Washington, DC 20036-4142
jlister@bhb.com | bgerd@bhb.com
Telephone: 202.862-8368
Facsimile: 202.659-1027

Attorneys for Intervenor-Defendant
Alaska Industrial Development and Export Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, et al.,<br>Plaintiffs,<br>vs.<br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br>NORTH SLOPE BOROUGH, et al.,<br>Intervenor-Defendants. | Case No.: 3:20-cv-00204-SLG |
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br>Plaintiffs,<br>vs.<br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br>NORTH SLOPE BOROUGH, et al.,<br>Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

| | | |
|---|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, et al.,<br>Plaintiffs,<br>vs.<br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br>NORTH SLOPE BOROUGH, et al.,<br>Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:20-cv-00223-SLG |

**STATUS REPORT**

Intervenor-Defendant Alaska Industrial Development and Export Authority ("AIDEA") respectfully submits this Status Report pursuant to the Court's request at oral argument and its Minute Entry on October 29, 2026. The Court requested an update on AIDEA's seismic plans for this winter. Based upon communications with the contractor handling the geophysical exploration permit submission, it is the undersigned's understanding that, as of November 2, 2026, a decision on AIDEA's application to conduct seismic activity is not anticipated until mid-January 2027. Approval is not guaranteed and is contingent, among other things, on environmental review and compliance with applicable statutes. A prerequisite to conduct any on-the-ground activities is one or more decisions by Federal Defendants who are under this Court's order to provide notice of a decision granting any application to conduct activities in the 2026-2027 winter season. While AIDEA does not anticipate having any potential approval until mid-January 2027, that is only a best estimate and the timeframe may vary.

However, AIDEA has already committed significant resources in preparation for seismic work this winter. Staging and preliminary work outside ANWR has already begun and will ramp up further at the end of November. Standard contracts for seismic surveys include significant mobilization and demobilization costs that must be paid regardless of whether work is performed. AIDEA will incur significant financial impact if it is forced to terminate its seismic program after November 29, 2026.

DATED this 5th day November, 2026.


BIRCH HORTON BITTNER & CHEROT
Attorneys for Intervenor-Defendant
Alaska Industrial Development and Export Authority

By: s/ Michelle S. Nesbett
Adam W. Cook, ABA # 0611071
James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
Michelle S. Nesbett, ABA #0705028
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: acook@bhb.com
jlister@bhb.com
bgerd@bhb.com
mnesbett@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of November, 2026, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

BIRCH HORTON BITTNER & CHEROT

By: /s/ Michelle S. Nesbett